IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 30 PM 2:42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                   NO. 01-20169-Ma

MARLAN MITCHELL,

    Defendant.

---

ORDER RESETTING RE-SENTENCING DATE

---

Before the court is the defendant's June 24, 2005, motion to reset the re-sentencing of Marlan Mitchell, which is presently set for June 30, 2005. For good cause shown, the motion is granted. The re-sentencing of defendant Marlan Mitchell is **reset to Monday, August 1, 2005, at 9:00 a.m.**

It is so ORDERED this 30th day of June, 2005.

                SAMUEL H. MAYS, JR.
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-30-05

(161)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 161 in case 2:01-CR-20169 was distributed by fax, mail, or direct printing on June 30, 2005 to the parties listed.

---

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT