IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 14 AM 11:03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CR. NO. 01-20169-Ma |
| ) | |
| MARLAN MITCHELL, ) | |
| ) | |
| Defendant. ) | |

## ORDER DIRECTING CLERK TO ISSUE WRIT OF HABEAS CORPUS

This matter is set for a re-sentencing hearing on Monday, August 1, 2005 at 9:00 a.m. The defendant, Marlan Mitchell, #17865-076, is confined as a prisoner at Federal Correctional Institution, Memphis, Tennessee. It is necessary to have Marlan Mitchell appear in this court for the hearing.

IT IS THEREFORE ORDERED that the Clerk of Court issue a writ of habeas corpus ad testificandum to the United States Marshal for the Western District of Tennessee, and to the Warden, Federal Correctional Institution, Memphis, Tennessee, to have said Marlan Mitchell before this court for the hearing.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

July  13  , 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7-19-05

163

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 163 in case 2:01-CR-20169 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT