IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____ D.C.

05 AUG 26 AM 6:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                        NO. 01-20169-Ma

MARLAN MITCHELL,

        Defendant.

---

ORDER ON *EX PARTE* MOTION FOR MENTAL EVALUATION OF DEFENDANT

---

Before the court is the August 8, 2005, *ex parte* motion requesting a mental evaluation of the defendant Marlan Mitchell pursuant to 18 U.S.C. §§ 4241 and 4247. For good cause shown, the motion is granted and defendant is ordered to undergo a mental evaluation. The defendant Marlan Mitchell is ordered to be transported to the Bureau of Prisons Federal Medical Center at Springfield, Missouri, or such other medical center for federal prisoners as may be designated by the Bureau of Prisons, to undergo a complete mental evaluation to determine whether he is mentally competent to understand the nature and consequences of the proceedings against him and to assist properly in his own defense.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ____8·30·05

123

The re-sentencing of the defendant, which is presently set on August 25, 2005, is **reset** to **Thursday, October 27, 2005, at 1:30 p.m.**

It is so ORDERED this 25th day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 173 in case 2:01-CR-20169 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT