IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 OCT 27 PM 4: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                          NO. 01-20169-Ma

MARLAN MITCHELL,

    Defendant.

ORDER RESETTING RE-SENTENCING DATE

Before the court is the defendant's October 25, 2005, motion to reset the re-sentencing of Marlan Mitchell, which is presently set for October 27, 2005. For good cause shown, the motion is granted. The re-sentencing of defendant Marlan Mitchell is **reset to Wednesday, November 30, 2005, at 9:00 a.m.**

It is so ORDERED this 26th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___10/28/05___

176

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 176 in case 2:01-CR-20169 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT