IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 30 AM 7:22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                  NO. 01-20169-Ma

MARLAN MITCHELL,

    Defendant.

ORDER GRANTING MOTION FOR EXCESS COMPENSATION
AND CERTIFYING COUNSEL'S FEE REQUEST

    Before the court is the December 27, 2005, motion of Arthur E. Quinn, counsel for the defendant Marlan Mitchell, for certification and approval of attorney fees in excess of the statutory standard. For good cause shown, the motion is granted and the court approves the amounts set out in counsel's CJA 20 form. In accord with 18 U.S.C. §3006A(d)(3), the court certifies that the representation provided by Mr. Quinn in this matter was extended and that the excess payment is necessary to provide for fair compensation.

    It is so ORDERED this 28K day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 185 in case 2:01-CR-20169 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT